JOSEPH M. RAY, APPELLANT, v. SALMON B. ROWLEY AND
OTHERS, RESPONDENTS.

*Jurisdiction — of parties — when presumed from recovery of judgment — Judgment — when cannot be attacked collaterally.*

In an action to set aside a conveyance, as fraudulent as against defendants' creditors, the plaintiff offered in evidence, a judgment roll in an action in which he had recovered a money judgment against the defendant. This was objected to and excluded, on the ground that the papers did not show that the summons was served on the defendant in such action. *Held*, that this was error; that where a judgment is recovered in the Supreme Court, jurisdiction is presumed, and *no* proof of it is necessary. If irregular, the judgment cannot be attacked collaterally when offered in evidence in another suit.

APPEAL from a judgment dismissing plaintiff's complaint.

*D. Millar*, for the appellant.

*George C. Greene*, for the respondents.

Opinion by GILBERT, J.

Judgment reversed, and a new trial granted, with costs to abide the event.